IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. __10CV00026   BNB__

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 7 - 2010

GREGORY C. LANGHAM
CLERK

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

RICARDO V. JOHNSON,

   Plaintiff, named as Defendant,

v.

PEOPLE OF COLORADO,

   Defendant, named as Plaintiff.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff has submitted a "Motion to File Without Payment of Filing Fee." He has failed to indicate if his civil action relates to a habeas corpus action or a prisoner complaint pursuant to §1983. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted document is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) ___   is not submitted
(2) ___   is missing affidavit
(3) _X_   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (account statement submitted is

|       |     | not certified)                                                                                       |
|-------|-----|------------------------------------------------------------------------------------------------------|
| (4)   | __  | is missing certificate showing current balance in prison account                                     |
| (5)   | __  | is missing required financial information                                                            |
| (6)   | __  | is missing an original signature by the prisoner                                                     |
| (7)   | X   | is not on proper form (must use the court's current form)                                            |
| (8)   | __  | names in caption do not match names in caption of complaint, petition or habeas application          |
| (9)   | __  | An original and a copy have not been received by the court. Only an original has been received.      |
| (10)  | X   | other: Motion is necessary only if filing fee is not paid in advance.                                |

**Complaint, Petition or Application:**

| (11)  | X   | is not submitted                                                                                     |
| (12)  | __  | is not on proper form (must use the court's current form)                                            |
| (13)  | __  | is missing an original signature by the prisoner                                                     |
| (14)  | __  | is missing page nos. ___                                                                             |
| (15)  | __  | uses et al. instead of listing all parties in caption                                                |
| (16)  | __  | An original and a copy have not been received by the court. Only an original has been received.      |
| (17)  | __  | Sufficient copies to serve each defendant/respondent have not been received by the court.            |
| (18)  | __  | names in caption do not match names in text                                                          |
| (19)  | __  | other _____                                                                  |

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order.** Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, two copies of the following forms: Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint;

and Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915

in a Habeas Corpus Action, Application for a Writ of Habeas Corpus Pursuant to

28 U.S.C. § 2241, and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. Mr. Johnson needs to select and file with the court the **one** form which applies to the civil action he wishes to file, along with the **one** applicable §1915 Motion and Affidavit form (habeas corpus or non-habeas corpus). It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 5th day of January, 2010.

BY THE COURT:

_/s/ Boyd N. Boland_
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **10CV00026**

Ricardo V. Johnson
Prisoner No. 144329
Colorado State Penitentiary
P.O. Box 777 - Unit F6-13
Cañon City, CO 81215-0777

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915, Prisoner Complaint, Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action, Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 forms** to the above-named individuals on 1/7/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk