IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00026-BNB

RICARDO V. JOHNSON,

    Plaintiff/Petitioner,

v.

PEOPLE OF COLORADO,

    Defendant/Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 19 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Mr. Ricardo V. Johnson is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Colorado State Penitentiary in Cañon City, Colorado. Mr. Johnson, acting *pro se*, initiated this action by filing a "Motion to File Without Payment of Filing Fee." In an order entered on January 7, 2010, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and instructed Mr. Johnson to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Johnson to file his claims on a Court-approved form. Magistrate Judge Boland also directed Mr. Johnson either to pay the filing fee in full or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Magistrate Judge Boland warned Mr. Johnson that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days. Mr. Johnson has failed to communicate with the Court. As a result, he has failed to

cure the deficiencies within the time allowed.  Therefore, the action will be dismissed without prejudice for failure to cure the noted deficiencies.  Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 18 day of February, 2010.

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00062-BNB

Ricardo V. Johnson
Prisoner No. 144329
Colorado State Penitentiary
P.O. Box 777 - Unit F6-13
Cañon City, CO 81215-0777

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 2/19/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk